MERIAL LIMITED and Merial
Sas, Plaintiffs–Appellees,

and

Basf Agro B.V., Plaintiff,

v.

CIPLA LIMITED, Defendant–
Appellant,

and

Velcera, Inc. and Fidopharm, Inc.,
Defendants–Appellants,

and

Archipelago Suppliers, Arrowtarget En-
terprises Ltd., Generic Petmeds, In-
house Drugstore, Lisa Perko, Petcare
Pharmacy, and Petmeds R US, Defen-
dants.

Nos. 2011–1471, 2011–1472.

United States Court of Appeals,
Federal Circuit.

Aug. 17, 2011.

Before LOURIE, MOORE, and
REYNA, Circuit Judges.

ON MOTION

LOURIE, Circuit Judge.

ORDER

The appellants move to stay the con-
tempt order and injunction entered by the
United States District Court for the Mid-
dle District of Georgia, pending this
court's disposition of their appeal of the
order. Merial Limited and Merial SAS
(Merial) oppose. The appellants reply.

The district court held that the appel-
lants were in contempt of a previous in-
junction that prohibited, inter alia, the
selling or importation of products that in-
fringed two of Merial's patents. As part
of its judgment, the district court ordered
that the appellants must provide to Merial
for destruction any inventory in the Unit-
ed States that contains fipronil and metho-
prene. The district court further enjoined
the appellants from, inter alia, selling or
importing veterinary products that contain
fipronil and methoprene. The district
court stayed its order and injunction until
August 20, 2011.

To obtain a stay, pending appeal, a mov-
ant must establish a strong likelihood of
success on the merits, or, failing that,
nonetheless demonstrate a substantial case
on the merits provided that the harm fac-
tors militate in its favor. *Hilton v.
Braunskill,* 481 U.S. 770, 778, 107 S.Ct.
2113, 95 L.Ed.2d 724 (1987). In deciding
whether to grant a stay, pending appeal,
this court "assesses the movant's chances
of success on the merits and weighs the
equities as they affect the parties and the
public." *E.I. DuPont de Nemours & Co.
v. Phillips Petroleum Co.,* 835 F.2d 277,
278 (Fed.Cir.1987). *See also Standard
Havens Prods. v. Gencor Indus.,* 897 F.2d
511 (Fed.Cir.1990).

Based on the motions papers submitted,
and without prejudicing the ultimate dispo-
sition of this appeal by a merits panel, we
determine that the appellants have not met
their burden to obtain a stay of the injunc-
tion or contempt order, except that Merial
should not destroy the inventory provided
to it by the appellants during the pendency
of this appeal.

Accordingly,

It Is Ordered That:

The motion is granted to the limited extent that, pending this court's disposition of this appeal, Merial should not destroy any inventory required to be delivered by the appellants. The motion is in all other aspects denied.